UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., as successor-in-interest to JPMorgan Chase Bank, N.A. f/k/a JPMorgan Chase Bank, as Trustee for MASTR Adjustable Rate Mortgages Trust 2004-8, Mortgage Pass-Through Certificates, Series 2004-8

       Plaintiff,

v.                                                        Case No:   2:14-cv-591-FtM-38DNF

JOHN W. SPROUSE, JOHN SPROUSE, DEEP CREEK CIVIC ASSOCIATION, INC., SECTION 20 PROPERTY OWNERS ASSOCIATION, INC., UNKNOWN BENEFICIARIES OF THE 239 RIO DE JANEIRO TRUST DATED DECEMBER 18, 2004, JOHN SPROUSE, ANY AND ALL UNKNOWN PARTIES, TENANT '35; 1 and TENANT '35; 2,

       Defendants.
_____/

### ORDER[1]

This matter comes before the Court on *sua sponte* review of the docket. On December 9, 2014, the Court issued an order requiring Defendant John W. Sprouse, *pro se*, to show cause as to whether the Court has subject matter jurisdiction in this action.

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

(Doc. #18). The Court gave Sprouse a December 30, 2014 deadline to respond to the Court's inquiry. In addition, the Court warned Sprouse that failure to timely respond to the Court's order would result in this matter being remanded to state court. To date, Sprouse has not responded to the Court's order. As a result, it is still unclear if the Court has proper jurisdiction to facilitate this case. The Court will remand this matter to state Court.

Accordingly, it is now

**ORDERED:**

1. This matter is **REMANDED** to the Circuit Court of the Twentieth Judicial Circuit in and for Charlotte County, Florida.

2. The Clerk is directed to transmit a certified copy of this Order to the Clerk of the Court of the Twentieth Judicial Circuit in and for Charlotte County, Florida.

3. The Clerk is directed to **CLOSE** this case and terminate any and all scheduling deadlines and other pending motions as moot.

4. The Clerk is directed to mail a copy of this order to Defendant John W. Sprouse.

**DONE** and **ORDERED** in Fort Myers, Florida this 7th day of January, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record